# Richard A. Miller & Associates

**356 Veterans Memorial Highway, Suite 3**
**Commack, New York 11725**
Telephone (631) 543-3030     Facsimile (631) 543-2888
Email: RAMillerEsq@aol.com

Richard A. Miller, Esq.                 Of Counsel:

Albert Adam Breud, Esq.
Terrence P. Buckley, Esq.
Jonathan E. Kirchner, Esq.

July 8, 2015

Honorable Joseph F. Bianco
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

*Original Electronically Filed*

       Re:     **United States of America v. Dennis Mitts**
                <u>**Criminal Docket No.: 11-639 (S-3) (JFB)**</u>

Dear Judge Bianco:

     The above referenced case is now scheduled before Your Honor on July 15, 2015 for sentence. We are awaiting the Pre-Sentence Report which is being prepared by Probation Officer Holly Kaplan and it would appear that a new sentencing date in October would be appropriate.

     I have discussed this issue with Ms. Michele Savona and have suggested a date in early October, 2015. AUSA Burton King is aware of my request and agrees with the time as requested.

     Thank you for your assistance in this matter.

                                                              Sincerely,

                                                               Richard A. Miller, Esq.

RAM/ci
cc:     All Parties of Record via ECF
          AUSA Burton Ryan
          P.O. Holly Kaplan
          Dennis Mitts