CT Juris No. 303368

Admitted:
Connecticut
New York

U.S. District Courts:
SDNY
EDNY
NDNY
WDNY
District of Columbia
District of Colorado
U.S. Court of Appeals
2nd Cir. and 3rd Cir.

# Lawrence M. Herrmann

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Cell (646) 295-8852
Fax (718) 565-7278

CT ADDRESS:

1116 Wallingford Road
Cheshire, CT 06410

July 14, 2015

Honorable Joseph F. Bianco
U.S. District Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    U.S. v. Pablo Jose Burgos
                11 CR 639(S-4) (JFB)

Dear Judge Bianco:

      Defendant seeks permission to travel to Florida from July 22, 2015 to July 28, 2015 to spend time with his family.

      He will be traveling by rental car to 171 NE 100th Street, Miami Shore, Florida 33138 to visit relatives Jose M. Maldonado and Miriam Y. Ayala, tel. 786-615-9706, at their Miami Shore home.

      AUSA Burton T. Ryan, Jr. and, I am informed, the Pre Trial Services Officer do not object. Please modify the bail limits as a condition of supervision to include the dates and destination above described. I am informed the Government will request a continuance of the July 22nd sentence date, as no PSR as yet received.

                                      Respectfully,

                                      Lawrence M. Herrmann

cc:    AUSA Burton T. Ryan, Jr.
        PTSO Joseph Elie