# Richard A. Miller & Associates

**356 Veterans Memorial Highway, Suite 3**
**Commack, New York 11725**
Telephone (631) 543-3030     Facsimile (631) 543-2888
Email: RAMillerEsq@aol.com

Richard A. Miller, Esq.                                   Of Counsel:

                                                            Albert Adam Breud, Esq.
                                                            Terrence P. Buckley, Esq.
                                                            Jonathan E. Kirchner, Esq.

October 15, 2015

Honorable Joseph F. Bianco
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    *Original Electronically Filed*

    Re:    **United States of America v. Dennis Mitts**
                <u>**Criminal Docket No.: 11-639 (S-4) (JFB)**</u>

Dear Judge Bianco:

    The above referenced case is now scheduled for sentence before Your Honor on October 20, 2015. I have spoken to Probation Officer Holly Kaplan who advises me that due to the pressure of completing Pre-Sentence Reports for incarcerated defendants she has not completed Mr. Mitts' report.

    Both Ms. Kaplan and AUSA Burton Ryan agree that it would now be best to schedule a sentence date for January if such would be appropriate.

    Thank you for your assistance in this matter.

                                                        Sincerely,

                                                        Richard A. Miller, Esq.

RAM/ci
cc:    All parties of record via ECF
        AUSA Burton Ryan
        P.O. Holly Kaplan