# Law Office of
# Gail Laser

Tel. 917-847-1695<br>Email – glaser@laser-law.com

February 10, 2016

**BY ECF and EMAIL**
Burton Ryan
Assistant United States Attorney
610 Federal Plaza
Central Islip, New York 11722-4454

      Re: *United States v. Adam Velazquez*
         Case No. 11-639 (JFB)

Dear Burt:

  In response to your request, I am providing notice that I will be calling as witnesses to the upcoming hearing the following:

    Scott Velazquez
    Detective Ed Holmes
    Alex Ponze

  I reserve the right to supplement this list as the hearing approaches.

  As to Detective Holmes, will you accept service of the subpoena summoning him to the hearing?  And, I would like to interview him.  Please provide me with available dates so that we can have a mutually-convenient time for that interview.  In addition, please provide Detective Holmes' case notes, including those of interviews of Glass in 2010.

  I thank you in advance for your cooperation in helping me secure this witness.

            Very truly yours,

             /s/
            Gail E. Laser

Cc: Charles Kelly
   Jean Lubicich