

U.S. Department of Justice

United States Attorney
Eastern District of New York

BTR:CPK  
F. #2011R01004

*610 Federal Plaza*  
*Central Islip, New York 11722*

November 1, 2016

The Honorable Joseph F. Bianco  
United States District Judge  
Eastern District of New York  
1040 Federal Plaza  
Central Islip, New York 11722

        Re:    United States v. Adam Velazquez  
                  Criminal Docket No. 11-639 (S-8)(JFB)

Dear Judge Bianco:

        The Government respectfully submits this letter to advise the Court that the Office of the Solicitor General of the United States has authorized this office to withdraw its notice of appeal from the June 24, 2016 Memorandum and Order of this Court. Therefore, this office will file a motion with the United States Court of Appeals for the Second Circuit to dismiss the pending appeal shortly.

                                                  Respectfully submitted,

                                                  ROBERT L. CAPERS  
                                                  United States Attorney

                               By:    */s/ Charles P. Kelly*  
                                                  Charles P. Kelly  
                                                  Burton T. Ryan  
                                                  Assistant U.S. Attorneys  
                                                  (631) 715-7866/7853

cc:    Gail Laser, Esq.  
        Attorney for Adam Velazquez