

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALB:CPK:BTR  
F.#2010R002238

*610 Federal Plaza*
*Central Islip, New York 11722*

<u>ECF and By Hand</u>                                January 19, 2017

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
1044 Federal Plaza
Central Islip, New York 11722-4454

      Re:   <u>United States v. Adam Velazquez</u>
           <u>11 CR 639(JFB)</u>

Dear Judge Bianco:

     The Government respectfully submits this letter in response to defense counsel's letter dated January 17, 2017. That letter is accurate insofar as it states the government did not object to postponing the due date of defendant's response to the government's pending 404(b) motion in limine. However, the government was not asked about defendant's request to remove the January 30, 2017 status conference from the court's calendar. The government objects to this request and asks that the status conference be held on January 30, 2017.

     The government's deadline for defendant to enter a plea to the plea offer is January 27, 2017. As defense counsel was advised weeks ago, absent a plea by that date, plea negotiations will be over and the government's plea offer will be withdrawn. Therefore, unless defendant enters a plea by that date, the government requests that the Court hold the status conference on January 30, 2017 and (i) set a new motion schedule, (ii) enter an order

excluding time under the speedy trial act until the new argument date and (iii) set a trial date for the retrial of this prosecution.

                                Respectfully submitted

                                ROBERT L. CAPERS
                                United States Attorney

                        By:  */c/Charles P. Kelly*
                                CHARLES P. KELLY/6127
                                BURTON T. RYAN, JR.
                                Assistant U. S. Attorneys

cc: Gail Laser
    Attorney for Defendant